# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140683 & (77)

LAWRENCE M. CLARKE, INC.,
      Plaintiff-Appellee,

v

RICHCO CONSTRUCTION, INC.,
RONALD J. RICHARDS., JR., and
THOMAS RICHARDS,
      Defendants-Appellants.

_____

SC:   140683
CoA: 285567
Monroe CC: 07-22716-CZ

On order of Chief Justice, a stipulation by counsel is considered and the application for leave to appeal is dismissed with prejudice as to defendant-appellant Thomas A. Richards, only.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2011

Clerk